UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED BEHZAD HASHEMI,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN ALLISON,<br><br>　　　Defendant. | Case No. 2:23-cv-05302-SB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Petition is denied.

3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Date: August 15, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1