JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED BEHZAD HASHEMI,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON,<br><br>    Defendant. | Case No. 2:23-cv-05302-SB-JC<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, this action is dismissed with prejudice.

Date: August 15, 2025

                                             Stanley Blumenfeld, Jr.
                                             United States District Judge